IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| **MORRIS E. LEWIS,** : | |
| plaintiff : | |
| : | **Case No. 0:10cv7** |
| vs. : | |
| : | **JUDGE WILHOIT** |
| **MAPOTHER & MAPOTHER, et al.** : | |
| Defendants : | |
| : | |
| : | |
| : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes the plaintiff, pursuant to civil rule 41(a), and fully dismisses this action, including all claims against all parties, with prejudice.

*/s/Steven C. Shane*
Steven C. Shane (0041124)
Trial Attorney for Plaintiff
321 Fairfield Ave.
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net